■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREA MERCER, Appellant. [3 NYS3d 595]—An appeal having been taken to this Court by the above-named appellate from a judgment of the Supreme Court, New York County (Jill Konviser, J.), rendered on or about June 25, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Friedman, Sweeny, Gische and Kapnick, JJ.